People ex rel. Boksenbaum v Richards

2026 NY Slip Op 03256

May 22, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. Anna Boksenbaum, on behalf of Aishira Bennett, petitioner,

v

Stanley Richards, etc., respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 22, 2026

2026-04735

Colleen D. Duffy, J.P.

Linda Christopher

Carl J. Landicino

Laurence L. Love, JJ.

Twyla Carter, New York, NY (Anna Boksenbaum pro se of counsel), for petitioner.

Melinda Katz, District Attorney, Kew Gardens, NY (Jacob Saks, Johnnette Traill, Nancy Fitzpatrick Talcott, and Myeonghwan Cha of counsel), for respondent.

[*1]

DECISION & JUDGMENT

Writ of habeas corpus in the nature of an application to release Aishira Bennett upon her own recognizance or, in the alternative, to set reasonable bail upon Queens County Docket No. CR-011424-26QU.

ADJUDGED that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger, 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson, 48 NY2d 230).

DUFFY, J.P., CHRISTOPHER, LANDICINO and LOVE, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court